DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSANA BOULHOSA NASSAR,**
Appellant,

v.

**JESSINA CLEMENTS RHODEN,**
Appellee.

No. 4D19-1830

[February 13, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 472019CA000052CAAXMX.

Rosana Boulhosa Nassar, Okeechobee, pro se.

Colin M. Cameron of Colin M. Cameron, P.A., Okeechobee, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***